UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| BWGS, LLC, | ) | Case No. 19–01487–JMC–7A |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JOHN J. PETR, Trustee for BWGS, LLC, | ) | Adversary No. 21-50037 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KIRKLAND & ELLIS LLP, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, John J. Petr, Trustee, by counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, applicable to this Adversary Proceeding, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, respectfully gives notice of the dismissal of this adversary proceeding, with prejudice.

Respectfully submitted,

RUBIN & LEVIN, P.C.
Attorneys for Plaintiff


By: /s/ James T. Young
James T. Young, Atty No. 13834-71
RUBIN & LEVIN, P.C.
135 N. Pennsylvania St, Ste. 1400
Indianapolis, IN 46204
(317) 643-0300; FAX (317) 453-8613
james@rubin-levin.net

CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

United States Trustee        ustpregion10.in.ecf@usdoj.gov
John J. Petr                 jpetr@kgrlaw.com

I further certify that on March 1, 2022, a copy of the foregoing document was mailed by first-class U.S. Mail, postage prepaid, or electronic mail as indicated and properly addressed to the following:

N/A

/s/   James T. Young
James T. Young

JTY/llk
G:\WP80\TRUSTEE\Petr\Kirkland & Ellis - 86175102\Adv Pro\Notice of Dismissal.wpd